UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STREVA PICKENS, | Case No. EDCV 18-1850 |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED AND THIS MATTER IS REMANDED for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: September 10, 2019

*Gary Klausner*

_____

UNITED STATES DISTRICT JUDGE